**Mudher Jassim Mohamed AL–SAHER, Petitioner,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

No. 99–71308.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 9, 2001.

Filed Oct. 23, 2001.

Amended Jan. 21, 2004.

J. Jack Artz, Pasadena, CA, for the petitioner.

Thankful T. Vanderstar and Nancy E. Friedman, U.S. Department of Justice, Washington, DC, for the respondent.

Before HUG, and B. FLETCHER, Circuit Judges, and KING, District Judge.*

## ORDER

The opinion filed October 23, 2001, showed an incorrect INS No. A70–786–098. The opinion is reported as *Al–Saher v. I.N.S.*, 268 F.3d 1143 (9th Cir.2001). It is ordered that the opinion be amended to reflect the correct INS number, which is INS No. A77–107–207.